**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK          x**

**MEDITERRANEA NAVIGAZIONE SPA,**

                                  06 CV 6700 (JGK)

            **Plaintiff,**

    v.

                                  **AFFIDAVIT**

**INTERNATIONAL PETROCHEMICAL GROUP S.A.,**

                  **Defendant.          x**

Jurg Johner, being duly sworn, deposes and says:

1. I am the Chief Financial Officer of International Petrochemical Group, S.A. ("IPCG").
2. IPCG is an international petrochemical trading company headquartered in Geneva, Switzerland.
3. On or about September 25, 2006, we were advised by our bank, Rosbank (Switzerland) S.A., that $473,857.15 of an amount of $2,200,000 we had attempted to pay to a trading company in New York, Nizhnekamskneet Republi, at its bank, Citibank N.A., Park Ave. N.Y.C. had been attached while in the hands of an intermediary bank in New York, The Bank of New York. A copy of the Rosbank (Switzerland) S.A. notice to us is attached as Exhibit "A".
4. Our counsels, De Koning & Mulder of Amsterdam, The Netherlands and Cone & Kilbourn of New York have advised me that the referenced attachment is the result of an order of attachment issued by the United States District Court for the Southern District of New York bearing the index number and heading as set forth above.
5. The funds when attached were not the property of IPCG but had already been nominated by us for the benefit of Nizhnekamskneet

Republi. Further, at the time of attachment, the funds were already out of our control (and that of our bank) and were in transit in the hands of The Bank of New York acting as an intermediary.

6. As a consequence of the foregoing, the attachment should be vacated.

Dated: January 10th, 2007

_____
Jurg Johner

Sworn to before me this 10th of January 2007 at the offices of Maitre Natural, notary, Geneva, Switzerland.



**MAITRE PIERRE NATURAL**
NOTAIRE
9, place du Molard
Case postale 3452 - 1211 GENEVE 3
Tél. (0041)22 310.73.74 - Fax. (0041)22 310.73.76

APOSTILLE
(...  du 5 octobre 1961)

... Me P. NATURAL
... Notaire
... u

5. à Genève   6. le 10 JAN. 2007
7.
République et Canton de Genève
1. sous N° 4926

Patrick MULLER