**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**          X

**MEDITERRANEA NAVIGAZIONE SPA,**

            **Plaintiff,**

      v.

**INTERNATIONAL PETROCHEMICAL GROUP S.A.,**

            **Defendant.**          X

06 CV 6700 (JGK)

**AFFIDAVIT**

Jurg Johner, being duly sworn, deposes and says:

1. I am the Chief Financial Officer of International Petrochemical Group, S.A. ("IPCG").
2. IPCG is an international petrochemical trading company headquartered in Geneva, Switzerland.
3. On or about September 25, 2006, we were advised by our bank, Rosbank (Switzerland) S.A., that $473,857.15 of an amount of $2,200,000 we had attempted to pay to a trading company in New York, Nizhnekamskneet Republi, at its bank, Citibank N.A., Park Ave. N.Y.C. had been attached while in the hands of an intermediary bank in New York, The Bank of New York. A copy of the Rosbank (Switzerland) S.A. notice to us is attached as Exhibit "A".
4. Our counsels, De Koning & Mulder of Amsterdam, The Netherlands and Cone & Kilbourn of New York have advised me that the referenced attachment is the result of an order of attachment issued by the United States District Court for the Southern District of New York bearing the index number and heading as set forth above.
5. The funds when attached were not the property of IPCG but had already been nominated by us for the benefit of Nizhnekamskneet

Republi. Further, at the time of attachment, the funds were already out of our control (and that of our bank) and were in transit in the hands of The Bank of New York acting as an intermediary.

6. As a consequence of the foregoing, the attachment should be vacated.

Dated: January 10th, 2007

Jurg Johner

Sworn to before me this 10th of January 2007 at the offices of Maitre Natural, notary, Geneva, Switzerland.



MAITRE PIERRE NATURAL
NOTAIRE
9, place du Molard
Case postale 3452 - 1211 GENEVE 3
Tél. (0041)22 310.73.74 - Fax. (0041)22 310.73.76

APOSTILLE
(Convention de La Haye du 5 octobre 1961)

... Me P. NATURAL
... Notaire
... u

Attest 1 0 JAN. 2007
5. à Genève   6. le

République et Canton de Genève
sous N° 4926

25.SEP.2006 11:00    ROSBANK(SWIT)SA,GE +41228187920                    №2656   P. 1/1

```
MESSAGE RECEPTION            IMP_RSBPRT10.059965      23/09/06 01:43:24 Page 01
******************  *********************************************************
Company: UNEXIM
Message: R1990609231 7840  Queue: CDOC              Nature: SWF   Type : 199
MUR    : CIS06092251 0800  Unit : CDOC              Network: SWIFT Prio : N
Created: 23/09/06 01 43:07
Message mention(s)        : ORIGINAL
Operations mention(s      : MESSAGE AUTHENTICATED

Transmitter : Correspondent : IRVTUS3NXXX          T : IRVTUS3NCXXX
ISN/OSN     : 1760 7                    Session Number : 1275
----------------------- ----- MT199 : Message Text ---- --------------------

FROM : BANK OF NEW YORK
       NEW YORK,NY UNITED STATES

TO   : ROSBANK (SWITZERLAND) SA
       GENEVA SWITZERLAND

DATE : 23/09/2006


MT N99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.       CIS0609225160800
(79 ) NARRATIVE
ATTENTION: OFAC COMPLIANCE.
OUR REF CIS06092251 0800.
REGARDING YOUR SWIFT INSTRUCTIONS NUMBER
FTS0609221567900 DATED 060922, FOR USD
2,220,000.00 VALUE 060922 IN SAME DAY FUNDS BY
ORDER INTERNATIONAL PETROCHEM FOR FURTHER CREDIT
TO CITIBANK N.A. 399 PARK AVENUE NEW YORK, NEW
YORK 10043 FOR THE ACCOUNT OF NIZHNEKAMSKNEFT
REPUBLI REFERENCE 0C1277TRC072145 DETAILS
 ACC/BENEFICIARY HOLDS ACCOUNT WITH//ACB ''SPURT''
/SWIFT: SPRURRU2K / THROUGH ACCOUNT: 0104185418.
PLEASE BE ADVISED THIS WIRE IS RESTRAINED TO A WRIT
OF MARITIME ATTACHMENT IN THE MATTER OF
MEDITERRANEA DI NAVIGAZION.SPA V. INTERNATIONAL
PETROCHEMICAL GROUP, SA.THE ATTORNEYS FOR THE
PLAINTIFF ARE CARDILLO AND CORBETT. THEIR PHONE
NUMBER IS 212-344-0464.THE DOCKET NUMBER IS 06 CIV
6700.THE JUDGMENT AMOUNT IS USD 473,857.15. THANK
YOU.
REGARDS, SEJLA SEHIC  315-765-4179 , PLEASE
RESPOND TO FTD-BLOCK ENTITY.
(-) END OF MESSAGE


******************* ***************************** *********************
END MESSAGE RECEPTION                              IMP_RSBPRT10.059965
```

8120978868J

Room 609

Attn: P. Kalugin

Fax: 00377 93252444

**EXHIBIT "A"**